United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO GOMEZ, "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:23-cv-00098 |
| JACOBB PALOMO, et al., "Defendants." | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 49). The R&R recommends this Court (1) retain Plaintiff's 42 U.S.C. § 1983 claim against Defendant Jacobb Palomo in his individual capacity and (2) dismiss with prejudice all Plaintiff's other claims. Dkt. No. 49.

Objections were due December 20, 2023. *See* Dkt. No. 55. No objections were filed. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 49) is **ADOPTED.**

Plaintiff's claims against Defendants Officer Castorena, Sergeant Jose Ibarra, PREA Coordinator Alma Gazoria, Sergeant Rodriguez, Detective Garcia, and Deputy Longoria are **DISMISSED with prejudice.** Plaintiff's claims against Defendant Jacobb Palomo remain.

Signed on this 10th day of January, 2024.

Rolando Olvera
United States District Judge