United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ARMANDO GOMEZ, <br> "Plaintiff," <br><br> v. <br><br> JACOBB PALOMO, <br> "Defendant." | § <br> § <br> § <br> §     Civil Action No. 1:23-cv-00098 <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 80). The R&R recommends this Court (1) grant Defendant's "Motion to Dismiss" ("MTD") (Dkt. No. 66); (2) dismiss with prejudice Plaintiff's claims; and (3) direct the Clerk of the Court to close this case.

Objections were due June 20, 2024. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 80) is **ADOPTED**.

For these reasons, Defendant's MTD (Dkt. No. 66) is granted. Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 27th day of June, 2024.

Rolando Olvera
United States District Judge